ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kawasaki Rail Car, Inc. | ) ASBCA No. 63806 |
| | ) |
| Under Contract No. RC7000 | ) |

APPEARANCES FOR THE APPELLANT:    Kenneth D. Friedman, Esq.
Nancy K. Feinrider, Esq.
Ron Grodzinski, Esq.
   Manatt, Phelps & Phillips, LLP
   New York, NY

APPEARANCES FOR THE AUTHORITY:    Jeffrey Weinstein, Esq.
   Chief Counsel
   Washington Metropolitan Area
     Transit Authority
   Washington, DC

Attison L. Barnes III, Esq.
John W. Burd, Esq.
   Wiley Rein LLP
   Washington, DC

ORDER OF DISMISSAL

The appeal has been withdrawn. Pursuant to the parties' agreement, it is dismissed from the Board's docket without prejudice.

Dated: February 6, 2024

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63806, Appeal of Kawasaki Rail Car, Inc., rendered in conformance with the Board's Charter.

Dated:  February 6, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals